## CLYNE v STATE

Ohio Supreme Court
No 22496. Decided Feb 4, 1931

For full opinion see 123 Oh St 234 (Oh Bar 3-10-31).

## INDUSTRIAL COMMISSION v TOLSON, et

Ohio Appeals, 7th Dist, Carroll Co
Decided May 7, 1930

For full opinion see 174 NE 622; 37 Oh Ap 282 (Oh Bar 3-10-31).